UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 2 9 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR712 AGF/NCC |
| DENZEL HOUSTON, | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Cassandra J. Wiemken, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with one count of being a felon in possession under Title 18, United States Code, Section 922(g), one count of possession with intent to distribute controlled substances under Title 21, United States Code, Section 841(a), and one count of possession of a firearm in furtherance of drug trafficking under Title 18, United States Code, Section 924(c).

2. As such, the rebuttable presumption of attention applies to Defendant. Title 18, United States Code, Section 3142(e)(3)(A) and (B).

3. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against Defendant, the Defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by Defendant's release also warrant Defendant's detention pending trial.

4. Specifically, Defendant possessed a large amount of controlled substances the car he was driving, including more than 50 grams of methamphetamine. As such, the mandatory minimum of 5 years is triggered by the amount of controlled substances, in addition to the mandatory minimum of 5 years on the possession of a firearm in furtherance of a drug trafficking crime. Additionally, Defendant has admitted in a statement to federal agents that he sells drugs and that his fingerprints would be on the gun. As such, the nature of the evidence is strong. In other words, Defendant has a significant incentive to flee.

5. Defendant has prior SES convictions for trafficking in drugs and possession of controlled substances, which appear to have been revoked, which further demonstrates an inability to comply with conditions of release.

6. Defendant also has other arrests related to drugs, weapons, and resisting arrest. Coupled with the nature of the charges, this further demonstrates Defendant's danger to the community.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/ Cassandra J. Wiemken*
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney